STATE OF NEW JERSEY v. DONALD BOGIE.

April 15, 1981.

Petition for certification denied.

JOANNE NAUS v. NORMAN H. ECKBOLD.

April 15, 1981.

Petition for certification denied.

FRED J. HUTTGER v. FREDERICK BITTNER, JR.

April 15, 1981.

Petition for certification denied.

ROSEMARIE GILBORGES v. CROSS COUNTRY EXPRESS, INC.

April 15, 1981.

Petition for certification denied.

ROSEMARIE GILBORGES v. FIREMEN'S FUND
INSURANCE COMPANY.

April 15, 1981.

Petition for certification denied.